■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHARON MABRY, Appellant. [822 NYS2d 722]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 13, 2001 (*People v Mabry,* 288 AD2d 326 [2001]), affirming a judgment of the Supreme Court, Queens County, rendered February 17, 2000, and an amended sentence of the same court imposed March 24, 2000.

Ordered that the application is denied.

The appellant has failed to establish that she was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Florio, Miller and Schmidt, JJ., concur.